ANNA POLANSKI, as Limited Administratrix, etc., of DANIEL POLANSKI, Deceased, Appellant, v. HENRY & ALLEN, Respondent.— Order modified by restoring all of the allegations stricken out of paragraph 13 of the complaint except the word "above" in the first line of such paragraph and as modified affirmed, without costs of this appeal to either party. All concur. (The order vacates previous orders in a silicosis action and directs plaintiff to serve an amended complaint striking out certain allegations contained in the original complaint.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARGARET HALLICK, Appellant, v. THEODORE CARALIS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. (See Schoonmaker v. Hilliard, 55 App. Div. 140; Johnson v. Millard, 200 id. 734; Sanders v. Prescott, 234 id. 899.) All concur, (The order grants defendant's motion for change of venue in an action to rescind a contract.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GEORGE M. HAIGHT, as Receiver of THE SALT SPRINGS NATIONAL BANK OF SYRACUSE, and as Receiver of JOHN W. GATES, Judgment Debtor, Appellant, v. JOHN W. GATES, Defendant, and EDWARD C. GATES, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Memorandum: We are of the opinion that the order directing substituted service of the summons and the affidavit upon which it was made meet the requirements of sections 230 and 231 of the Civil Practice Act. In that view, and upon consideration of the affidavits marked "1" and "2" for identification, we are also of the opinion that the order appealed from should be reversed on the law and the motion denied. All concur. (The order grants a motion to vacate an order for substituted service.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

JOHN BORST, as Treasurer of Local No. 1425 International Longshoremen's Association, Boatmen, Warehousemen, Checkers and Winchmen, Respondent, v. NICHOLSON UNIVERSAL STEAMSHIP COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion for judgment on the pleadings dismissing plaintiff's complaint in an action on a contract.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

RUSSELL P. YATES, Respondent, v. HELEN YATES, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order grants permission to plaintiff to bring in as parties defendant the two children of the parties, in an action to compel defendant to account for money paid by plaintiff to defendant for the support of the children pursuant to a separation agreement between the parties.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HARRY W. BERRY, Respondent, v. AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant.— Order in so far as it denies the motion to dismiss the second and third causes of action reversed on the law and motion to dismiss as to the second and third causes of action granted, without costs, and otherwise order affirmed, without costs of this appeal to either party. All concur. (The order denies defendant's motion for a dismissal of plaintiff's complaint in an action to recover from an insurance company the amount of damages which plaintiff was compelled to pay over and above the liability insurance policy in a negligence action brought against him.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.